UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

KEITH SLOANE,

                Plaintiff,

-Against-                Case No. 20-CV-3210 (JS)(ARL)

NCSPLUS INCORPORATED,

                Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT NCSPLUS INCORPORATED

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiff, KEITH SLOANE, by his counsel, hereby gives notice that all claims against Defendant, NCSPLUS INCORPORATED, asserted in this action are dismissed without prejudice. Defendant shall bear its own costs and disbursements in connection with the defense of this action.

Dated:     Jericho, New York
             February 2, 2021

*/s/ Gregory Goodman*
Gregory Goodman, Esq.
The Law Office of Gregory A. Goodman, P.C.
Attorney for Plaintiff(s)
380 North Broadway, Suite 203
Jericho, New York 11753
(516) 597-5840 (Office) Ext. 101
(631) 656-8180 (Office)
(866) 415-1019 (Facsimile)
(631) 357-2934 (Cell)
Email: ggoodman@gganylaw.com

**SO ORDERED**:

/s/ *Joanna Seybert*
Joanna Seybert, U.S. District Judge


Dated: February 3, 2021
       Central Islip, New York

File #: D-1268 (Sloane)